JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 11-4427-VBF(AJWx)**          Dated: **December 7, 2011**

Title:  Tammy Lederman -*v*- Cache Inc., et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

Joseph Remigio                     None Present
Courtroom Deputy                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

**PROCEEDINGS (IN CHAMBERS):          COURT ORDER**

The Court has received the parties' Stipulation for Dismissal (Docket No. 23).  No order of the Court is necessary to effectuate this stipulated dismissal.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, all future dates are taken off calendar and this case is **CLOSED**.

**IT IS SO ORDERED.**

MINUTES FORM 90                  Initials of Deputy Clerk   ___jre___
CIVIL - GEN